THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAURENCE FISCHER, Defendant-Appellant.

(No. 57809;

First District (3rd Division)—October 18, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

Jerome Rotenberg and Maurice L. Cowen, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Thomas A. Mauet, and Ferdinand Minelli, Assistant State's Attorneys, of counsel,) for the People.